UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

js-6

| | |
|---|---|
| JOSE MARTINEZ, | Case: 2:15-CV-04653-ODW-AS |
| Plaintiff, | **ORDER** |
| v. | |
| DIABDIAB; ZIADDIAB; A & M FINE WINE & LIQUOR, INC, a California Corporation; and Does 1-10, | |
| Defendants. | |

**ORDER**

The entire case is hereby ordered dismissed with prejudice.

Dated: December 3, 2015        _____
                              HONORABLE OTIS D. WRIGHT, II
                              UNITED STATES DISTRICT COURT JUDGE

1

Notice for Dismissal            Case: 2:15-CV-04653-ODW-AS